BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
DEANNA L. MARTINEZ
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-cr-0124 OWW |
| Plaintiff, | ORDER RE: GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE DEFENDANTS' NON-SELF-INCULPATORY HEARSAY STATEMENTS |
| v. | |
| EUSTORGIO FLORES, et al., | |
| Defendant. | |

The above-captioned matter was heard before this Court on March 5, 2010.  The Court considered oral argument by the parties and its written pleadings consisting of: (1) the government's Motion in Limine to Exclude Non-self-inculpatory hearsay statements of defendants PIOQUINTO LARIOS SANTACRUZ and co-defendants who have already entered guilty pleas, (2) defendant SANTACRUZ's opposition and (3) the government's reply.[1]

The government has represented that it may introduce at trial

---

[1]  At the hearing on the motion, the government also moved to exclude the non-self-inculpatory hearsay statements of defendant RODOLFO SUAREZ, JR.

1

the self-inculpatory portions of the post-arrest statements made by defendants.

The Government may introduce statements made by a defendant, including statements made in response to questioning by government agents. United States v. Ortega, 203 F.3d 675, 682-83 (9th Cir. 2000). Such statements are admissible under Federal Rule of Evidence 801(d)(2) as an admission by a party opponent or under Rule 804(b)(3) as a statement against penal interest. While statements that are against the declarant's penal interest are recognized as an exception to the hearsay rule, a "statement" for purposes of Rule 804(b)(3) does not encompass an entire confession containing both self-inculpatory and non-self-inculpatory parts. Rather, the Supreme Court has pronounced that "only those declarations or remarks within the confession that are individually self-inculpatory" are admissible under Rule 804(b)(3). Williamson v. United States, 512 U.S. 594, 599 (1994).

Unless and until further offer of proof,

IT IS THEREFORE THE ORDER OF THE COURT that defendants' non-self-inculpatory statements are inadmissible hearsay pursuant to Rule 804(b)(3).

IT IS SO ORDERED.

**Dated:   April 2, 2010**                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE