```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
DEANNA L. MARTINEZ
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>EUSTORGIO FLORES, et al.,<br><br>                    Defendant.<br>_____ | ) 1:08-cr-0124 OWW<br>)<br>)<br>) ORDER RE:<br>) GOVERNMENT'S NOTICE<br>) PURSUANT TO FEDERAL<br>) RULE OF CRIMINAL<br>) PROCEDURE 902(11)<br>)<br>)<br>) [DOC 153]<br>) |

The above-captioned matter was heard before this Court on March 5, 2010.  The Court considered oral argument by the parties and written pleadings consisting of the government's **NOTICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE SECTION 902(11).**

Pursuant to Federal Rule of Criminal Procedure 902(11), the Government hereby provides notice of its intent to submit certain business records into evidence at trial as evidence of regularly conducted activity under Rule 803(6), based on the certifications listed below which the Government obtained from the relevant custodians of records.  The certifications pertain to documents as

1

described below which have been provided or made available to counsel:

| Certification of Custodian | Documents Certified |
|---|---|
| Verizon Wireless | Telephone information for (808)344-0253 held in the name of Kirsten Otterson for September 6, 2006 through September 8, 2006 and November 14, 2006 through November 20, 2006. |
| AT&T/ Cingular | Telephone information for (808)280-0441 from September 1, 2006 through September 8, 2006 |
| Sprint/Nextel | Telephone information for (559)805-3124 in the name of Elistogio Flores from September 6, 2006 through September 7, 2006; November 13, 2006 through November 14, 2006; and July 20, 2007 through July 23, 2007 |
| Accor Hospitality/Motel 6 | Guest Registration and payment for Room 116, on September 7, 2009 |
| Alamo Car Rental | Car Rental dated September 7, 2006 |

| | |
|---|---|
| Whitney Information Network | Certificate and class roster for Asset Protection and Tax Relief class completed November 19, 2006 in Las Vegas |
| Verizon Wireless | Telephone information for (559)972-6980 held in the name of Abel Remigio for July 31, 2001 through April 1, 2008 |
| Sprint/Nextel | Telephone information for (559)759-8564 held in the name of Andres Moreno for July 20, 2007 through July 23, 2007 |
| Verizon Wireless | Telephone information for (559) 804-9113, for September 5, 2006 through September 7, 2006 |
| Employment Development Department(EDD) | Employment and wage information for Eustorgio Flores, Reyes Chaparro, Pioquinto Santacruz, and Rudy Suarez for the third quarter of 2006 through the third quarter of 2008 |
| Employment Development Department(EDD) | Declaration of no records of employment for Hortencia Flores, Sylvia Lopez, and Abel Onofre from the third quarter of 2006 through the third quarter of 2008 |

Defendants were ordered to file any objections or opposition to the Government's Notice on or before March 18, 2010.  No objections or opposition has been filed.

IT IS THEREFORE THE ORDER OF THE COURT that the foregoing business records are admissible at trial and the Government need not call custodians for the purpose of authenticating them.

IT IS SO ORDERED.

**Dated:   April 2, 2010**                         /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE

4