BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
DEANNA L. MARTINEZ
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0124 OWW |
| | ) | |
| Plaintiff, | ) | ORDER RE: |
| | ) | GOVERNMENT'S MOTION FOR |
| | ) | RECIPROCAL DISCOVERY |
| v. | ) | [DOC 126] |
| | ) | |
| | ) | |
| EUSTORGIO FLORES, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The above-captioned matter was heard before this Court on March 8, 2010.  The Court considered oral argument by the parties and its written pleadings consisting of: (1) the government's motion for reciprocal discovery, (2) the defendants' responses, and (3) the government's reply.

The defendants, through their attorneys, have requested discovery to which the government has complied.  In turn, the government has formally and informally requested reciprocal discovery pursuant to Rules 16 and 26.2 of the Federal Rules of Criminal Procedure.  Through this motion, the government renews

1

its request for reciprocal discovery pursuant to Rules 16 and 26.2 and Local Rules 16-440 including but not limited to:

1. All books, papers, documents, photographs, tangible objects, or portions thereof in the possession, custody or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

2. All results of any reports of physical or mental examinations and/or specific tests or experiments made in connection with this case within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at trial or which have been prepared by a witness whom the defendant intends to call at trial.

3. A written summary of expert testimony, including the opinions of any expert witnesses, the bases and reasons therefor and the witnesses' qualifications.

4. Statements of defendant witnesses pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure.

To date the government has provided over 1,956 pages of discovery, along with a number of CDs. The government has not received any reciprocal discovery from the defendants. At the hearing, defendants represented that they had no reciprocal discovery to provide to the government.

IT IS THEREFORE THE ORDER OF THE COURT that the government's motion for reciprocal discovery is GRANTED. Defendants have failed to provide discovery and represent that no such discovery exists.

/ / / / /

1     IT IS THEREFORE FURTHER ORDERED that defendants are precluded
2 from introducing any evidence not disclosed pursuant to Federal
3 Rule of Criminal Procedure 16(d)(2).

6 IT IS SO ORDERED.

7 **Dated:  April 6, 2010**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE