# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUSTORGIO FLORES,** | **CASE NO.  1:08-CR-124 AWI** |
| **Petitioner,** | **(1:13-CV-688 AWI)** |
| **v.** | **ORDER PERMITTING ADDITIONAL TIME FOR RESPONSE FROM DEFENSE COUNSEL** |
| **UNITED STATES OF AMERICA,** | |
| **Respondent.** | |

This is a 28 U.S.C. § 2255 petition brought by Petitioner Eustorgio Flores.  On April 22, 2014, an order was entered in the docket for Petitioner's counsel, Richard Rumery, to file a declaration in reply to the petition.  The Court gave Mr. Rumery 20 days to file his reply declaration.  The time to file a reply declaration has now passed, and Mr. Rumery has not filed a declaration or a response.  However, it has come to the Court's attention that Mr. Rumery did not receive the Court's order.  Because a response from Mr. Rumery is necessary, the Court will give Mr. Rumery an additional 20 days in which to file a reply declaration.

Accordingly, IT IS HEREBY ORDERED that Petitioner's trial counsel, Richard Rumery, is granted an additional twenty (20) days from the date of service of this order to file a responding declaration as described in the Court's April 22, 2014, order (Court's Docket Doc. No. 429).

IT IS SO ORDERED.

Dated:   May 27, 2014                          _____

                                               SENIOR  DISTRICT  JUDGE