UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUSTORGIO FLORES,**<br><br>  Petitioner,<br><br>  v.<br><br>**UNITED STATES OF AMERICA,**<br><br>  Respondent. | **CASE NO. 1:08-CR-124 AWI**<br>  **(1:13-CV-688 AWI)**<br><br>**ORDER ON MOTION FOR EXTENSION OF TIME TO FILE RESPONDING DECLARATION**<br><br>(Doc. No. 433) |

   This is a 28 U.S.C. § 2255 petition brought by Petitioner Eustorgio Flores.  On April 22, 2014, an order was entered in the docket for Petitioner's counsel, Richard Rumery, to file a declaration in reply to the petition.  After receiving an extension, Mr. Rumery filed a response on June 24, 2014.  See Doc. No. 433.

   Mr. Rumery's response is significantly more detailed than the petition.  It includes a description of Petitioner's statements regarding the crime, a discussion of the offer which was not perceived as good, and a discussion of the possible weaknesses of the evidence.  See Doc. No. 433.  In light of Mr. Rumery's response, the Court believes that it is appropriate to obtain a further response from Petitioner that addresses the facts contained in Mr. Rumery's response.  Once the Court has receives Petitioner's response, it will issue orders as it deems necessary to continue forward with, or to resolve, this petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall file a response to Mr. Rumery's declaration on or by July 25, 2014; and
2. Along with this order, the Clerk shall send Petitioner a copy of Mr. Rumery's declaration (Doc. Nos. 433 and 433-1).[1]

IT IS SO ORDERED.

Dated: July 2, 2014

SENIOR DISTRICT JUDGE

---

[1] The docket indicates that Petitioner was served a copy of this declaration on June 25, 2014. There is nothing to indicate that Petitioner has not received this declaration. However, out of an abundance of caution, the Court finds it appropriate to include a copy of Mr. Rumery's declaration with this order.