1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUSTORGIO FLORES, | Case No.   1:08-cr-00124-AWI |
| | (1:13-cv-00688-AWI) |
| Petitioner, | |
| | **ORDER DENYING PETITIONER'S** |
| v. | **MOTION TO FOR DISCOVERY** |
| | **OF SEARCH WARRANT** |
| UNITED STATES OF AMERICA, | **AFFIDAVIT** |
| Respondent. | (Doc. 468) |

_____/

On August 13, 2014, this Court denied Petitioner Eustorgio Flores' petition to set aside or vacate pursuant to 28 U.S.C. § 2255. Thereafter, this Court denied Petitioner a certificate of appealability and the Ninth Circuit Court of Appeal did the same. Petitioner now seeks an order requiring the United States Attorney to provide "the affidavit that supported the warrant for arrest, search, and intercepted telephone conversations." Doc. 468.

Rule 6(a) of the Rules Governing Section 2255 Proceedings provides that "[a] judge may, for good cause, authorize a party to conduct discovery…."  Good cause is shown when the "specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is ... entitled to relief ...." *Bracy v. Gramley*, 520 U.S. 899, 908–909 (1997). A discovery request must be specific; in order to seek such

1

1   discovery, "[a] party … must provide reasons for that request." Rule 6(a) of the Rules Governing

2   § 2255 Proceedings.

3         This Court will deny Petitioners request for two reasons: (1) Petitioner's Section 2255

4   petition has already been denied thus further development of the factual record will not make

5   Petitioner any more likely to be entitled to relief; and (2) Petitioner has not made or attempted to

6   make a good cause showing with any specificity, he simply requests a copy of a search warrant

7   affidavit without explanation. For those reasons, Petitioner's motion is DENIED.

8

9   IT IS SO ORDERED.

10   Dated:   September 29, 2015                            

                              SENIOR  DISTRICT  JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28