UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EUSTORGIO FLORES,<br><br>    Defendant. | Case No. 1:08-cr-124 AWI<br><br>**ORDER TO SETTING BRIEFING SCHEDULE RE MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

On February 3, 2015, Defendant, EUSTORGIO FLORES, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, filed a motion to reduce sentence pursuant to 18 U.S.C. §3582(c)(2). Defendant and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Karen Escobar, stipulated that the government would file a response by March 2, 2016 and the defense would file a reply by March 23, 2016.

Pursuant to the parties' stipulation, and good cause appearing therefor, the government's opposition is due on or before March 2, 2016 and the defendant's reply shall be filed no later than March 23, 2016.

IT IS SO ORDERED.

Dated:   February 3, 2016                                    _____
                                                                                  SENIOR DISTRICT JUDGE

1