# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:08-cr-124-AWI |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **EUSTORGIO FLORES,** | |
| Defendant. | |

On February 3, 2016, Defendant filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. Doc 477. On the same date, the parties agreed to briefing schedule setting March 2, 2016, as the filing date for the Government's opposition and March 23, 2016, as the filing date for Defendant's reply. Doc. 476. The Court adopted that briefing schedule. Doc. 478. The parties now request an extension of time to file the Government's opposition and the Defendant's reply until March 16, 2016 and April 13, 2016, respectively. The parties' request is granted.

IT IS SO ORDERED.

Dated:   March 2, 2016                                    _____
                                                          SENIOR  DISTRICT  JUDGE