# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:08-cr-124 AWI |
| Plaintiff, | **ORDER EXTENDING TIME FOR DEFENDANT TO FILE REPLY AND SETTING HEARING DATE** |
| v. | |
| **EUSTORGIO FLORES,** | |
| Defendant. | |

On April 11, 2016, the parties filed a stipulation, seeking an extension of time for Defendant to file his reply. The parties agreed that a reply should be due no later than April 29, 2016. Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant's reply shall be filed no later than April, 29, 2016.

The parties also request a hearing on this matter. The issues before the Court in this matter are very similar to the issues presented in <u>United States v. Mercado-Moreno</u>, E.D. Cal. Case No. 1:04-cr-5185-1-AWI, CTA9 Case No. 15-10545, now pending before the Ninth Circuit Court of Appeal. In deciding that case, the Ninth Circuit will likely clarify whether this Court must have a hearing. Until that issue is resolved, the Court will not hold a hearing in this matter.

IT IS SO ORDERED.

Dated:   April 12, 2016                                    _____
                                                                               SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28