HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
EUSTORGIO FLORES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUSTORGIO FLORES,<br><br>Defendant. | Case No. 1:08-cr-124 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT'S REPLY RE MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Judge: Honorable ANTHONY W. ISHII |

Defendant, EUSTORGIO FLORES, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Karen Escobar, hereby stipulate that defendant's reply is due no later than May 13, 2016.

///

///

///

///

///

///

Stipulation to Continue Defense Reply                1

Respectfully submitted,

Dated: April 29, 2016                    Dated:  April 29, 2016

BENJAMIN B. WAGNER                       HEATHER E. WILLIAMS
United States Attorney                   Federal Defender

 /s/ Karen Escobar                        /s/ Hannah R. Labaree
KAREN ESCOBAR                            HANNAH R. LABAREE
Assistant U.S. Attorney                  Assistant Federal Defender

Attorney for Plaintiff                   Attorney for Defendant
UNITED STATES OF AMERICA                 EUSTORGIO FLORES

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the defendant's reply shall be filed no later than May 13, 2016.

IT IS SO ORDERED.

Dated:   April 29, 2016                  _____
                                         SENIOR DISTRICT JUDGE