UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EUSTORGIO FLORES,<br><br>　　　　　Defendant. | Case No. 1:08-cr-124 AWI<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO FILE REPLY RE MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

　　　Defendant Eustorgio Flores and the United States have stipulated to an extension of time for Defendant to file his reply. Pursuant to the parties' stipulation, it is hereby ordered that Defendant's reply is due no later than May 27, 2016.

IT IS SO ORDERED.

Dated:　May 11, 2016　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1