UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EUSTORGIO FLORES,<br><br>　　　　　Defendant. | Case No. 1:08-cr-124 AWI<br><br>**ORDER SETTING DEADLINE FOR DEFENDANT'S SUPPLEMENTAL REPLY RE MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

On February 3, 2016, Defendant, Eustorgio Flores, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, filed a motion requesting a reduced sentence under 18 U.S.C. § 3582(c)(2) and Amendment 782, and requesting that this Court hold a hearing. Doc. 477. The government opposed that motion on March 15, 2016. Doc. 482. On April 12, 2016, this Court issued an order extending the time for the defendant to file a reply. Doc. 489. The same order made clear that this Court would refrain from holding a hearing on the contested motion to allow the Ninth Circuit to issue a ruling in *United States v. Mercado-Moreno*, No. 15-10545, 2017 WL 3687445, ___ F.3d ___ (9th Cir. Aug. 28, 2017), then pending in front of the appellate court. Doc. 484. The defendant filed his reply to the government's opposition on May 27, 2016. Doc. 489.

The Ninth Circuit issued a published opinion in *Mercado-Moreno* on August 28, 2017. Following that decision, the government filed a supplemental opposition to Mr. Flores' motion to reduce sentence on September 11, 2017. Doc. 498.

1

| | |
|---|---|
| 1 | Defendant, Eustorgio Flores, by and through counsel, Hannah R. Labaree, and plaintiff, United States of America, by and through its counsel, Assistant U.S. Attorney Karen Escobar, stipulated that defendant's reply to the government's supplemental opposition (Doc. 498), should be due on or before October 3, 2017. |

Pursuant to the parties' stipulation, and good cause appearing therefor, the defendant's supplemental reply shall be filed on or before October 3, 2017.

IT IS SO ORDERED.

Dated: September 14, 2017

SENIOR DISTRICT JUDGE