UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUSTORGIO FLORES,<br><br>Defendant. | Case No. 1:08-cr-0124 AWI<br><br>**ORDER GRANTING UNOPPOSED REQUEST TO STAY PROCEEDINGS ON DEFENDANT FLORES' MOTION TO REDUCE SENTENCE** |

Pending before this Court is Defendant's motion to reduce sentence. Doc. 477. The Court ordered supplemental briefing by both parties regarding the impact of to the Ninth Circuit's decision in *United States v. Mercado-Moreno*, No. 15-10545, 869 F.3d 942 (9th Cir. Aug. 28, 2017) on Defendant's Motion to Reduce Sentence (Doc. 477). Defendant's reply to the government's Supplemental Authority Regarding Defendant Flores' Motion to Modify Sentence is due no later than October 3, 2017. Doc. 500.

On September 25, 2017, attorneys for Mr. Mercado-Moreno filed a petition to the Ninth Circuit for rehearing or rehearing en banc. *United States v. Mercado-Moreno*, No. 15-10545, Doc. 44. Defendant has filed an unopposed request for this Court to stay the proceedings on his motion to reduce sentence pending the outcome of the petition for rehearing in *Mercado-Moreno*.

Pursuant to the unopposed request, and good cause appearing therefor, the Court **ORDERS** that proceedings on Defendant's Motion to Reduce Sentence (Doc. 477) be stayed

pending Ninth Circuit ruling on the request for rehearing in *United States v. Mercado-Moreno*, No. 15- 10545, 869 F.3d 942 (9th Cir. Aug. 28, 2017). The parties are to file a notice with this Court following the Ninth Circuit's ruling setting forth a supplemental briefing schedule.

IT IS SO ORDERED.

Dated:  October 3, 2017

_____
SENIOR DISTRICT JUDGE