UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EUSTORGIO FLORES,<br><br>　　　　Defendant. | Case No. 1:08-cr-124 AWI<br><br>**ORDER GRANTING STIPULATED REQUEST TO LIFT STAY OF PROCEEDINGS ON DEFENDANT FLORES' MOTION TO REDUCE SENTENCE** |

On October 3, 2017, this Court stayed the proceedings on Mr. Flores' Motion to Modify Sentence pending the outcome of the petition for rehearing in *United States v. Mercado-Moreno*, No. 15- 10545, 869 F.3d 942 (9th Cir. Aug. 28, 2017). Doc. 502. The Ninth Circuit denied that request on Monday, October 17. The parties have stipulated to lifting of the stay. Defendant has proposed filing of a supplemental brief on or before October 27, 2017, to address the impact of *Mercado-Moreno* on Defendant's motion to reduce sentence.

Based on the foregoing, IT IS HEREBY ORDERED that the previously ordered stay of proceedings on Defendant's Motion to Reduce Sentence (CR 477) is lifted. Defendant's supplemental brief is to be filed on or before October 27, 2017.

IT IS SO ORDERED.

Dated: October 21, 2017　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1