UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EUSTORGIO FLORES,<br><br>　　　　　Defendant. | Case No. 1:08-cr-124 AWI<br><br>**ORDER TO CONTINUE DEFENDANT'S REPLY RE MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

　　Defendant, EUSTORGIO FLORES, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Karen Escobar, stipulated to an extension of time for Defendant to file a reply in support of its motion to reduce sentence. The parties agreed that Defendant's reply should be filed no later than November 3, 2017.

　　Pursuant to the parties' stipulation, and good cause appearing therefor, the defendant's reply shall be filed no later than November 3, 2017.

IT IS SO ORDERED.

Dated:　October 30, 2017　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1