UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUSTORGIO FLORES,<br><br>Defendant. | No. 1:08-cr-00124-ADA<br><br>ORDER DENYING IN PART AND GRANTING IN PART REQUEST TO SEAL/REDACT DOCUMENTS<br><br>(ECF No. 534) |

On July 26, 2023, Defendant filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (ECF No. 527.)  That same day, Defendant also filed a request to seal/redact documents.  (ECF No. 528.)  On August 8, 2023, the Court partially denied and partially granted the request.  (ECF No. 533.)  Defendant now moves the Court to seal exhibit B and to redact exhibit E—which were previously denied by the Court.  (ECF No. 534.)

In the request to seal documents,[1] Defendant request to redact exhibit E as it "contains the individual's home address and telephone number."  (ECF No. 534 at 4.)  After review of the exhibit, the Court grants the request for redaction.  *See* Local Rule 140.

As for the request to seal exhibit B, Defendant makes the request "because it contains confidential information from [Defendant's] C-file."  (ECF No. 534 at 3.)  After review of exhibit B, the Court finds that it is unnecessary to seal the documents in their entirety.  If there are portions

---

[1] Defendant filed the request to seal/redact on August 10, 2023, on the public docket.

1

that should be sealed, the Court does not see them, and Defendant has failed to point them out. Defendant merely makes a blanket request to seal the documents in their entirety. *See Oregonian Publ'g Co. v. U.S. Dist. Ct. for the Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990) (finding that if redaction can eliminate the need for sealing, the documents require redaction rather than sealing.); *see also* Local Rule 140.[2] Since Defendant has not justified his sealing request for these documents and the Court does not see a need for sealing them, the Court denies Defendant's request to seal exhibits B.

Accordingly, it is hereby ORDERED that:

1. Defendant's request to seal exhibits B and to redact exhibit E, (ECF No. 534), is DENIED in part and GRANTED in part as follows:

   a. As to Defendant's request to redact exhibit E, the request is GRANTED;

   b. As to Defendant's request to seal exhibit B, the request is DENIED;

IT IS SO ORDERED.

Dated:   August 17, 2023

_____
UNITED STATES DISTRICT JUDGE

---

[2] Local Rule 140(a)(iv) allows counsel to partially redact documents to ". . . omit or, where reference is necessary, partially redact . . . personal data identifiers from all pleadings, documents, and exhibits, whether filed electronically or on paper . . ." such as dates of birth.